UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES DOUCETTE,<br><br>    Plaintiff,<br><br>  v.<br><br>PAUL TRESELER, CHARLENE<br>BONNER, TONOMEY COLEMAN,<br>SHEILA DUPRE, TINA HURLEY,<br>And LUCY M. SOTO-ABBE,<br><br>    Defendants. | NO. 18-CV-11817-NMG |

REPORT AND RECOMMENDATION ON DEFENDANTS'
MOTION TO DISMISS

CABELL, U.S.M.J.

I.   INTRODUCTION

Plaintiff Charles Doucette ("Doucette") is presently serving a life term of imprisonment following his 1991 Massachusetts state court conviction for second-degree murder. He contends under section 1983 of the Civil Rights Act of 1866 that the defendants, several members of the Massachusetts Parole Board ("the Parole Board"), violated his constitutional rights in conducting his parole hearing and denying him parole in 2017. The defendants move to dismiss on several grounds; the plaintiff opposes. (D. 41, 60). For the reasons explained below, I recommend that the defendants' motion to dismiss be allowed.

*After consideration of plaintiff's objection thereto (Docket No. 65), Report and Recommendation is accepted and adopted.*

*NMGorton, USDJ 10/13/20*